ALICE B. RUMSEY, Respondent, v. ITHACA SAVINGS BANK, Defendant, and

* Affd., 262 N. Y. ——.

Lawrence C. Rumsey, Individually and as Executor, etc., of Burr Rumsey, Deceased, Appellant. Alice B. Rumsey, Respondent, v. Lawrence C. Rumsey, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.